## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

———————————————————————

AMERICAN CHEMISTRY COUNCIL, and
GEORGIA CHEMISTRY COUNCIL,

Petitioners,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

Respondent.

———————————————————————

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. _____

## PETITION FOR REVIEW

Pursuant to Section 19(a)(1)(A) of the Toxic Substances Control Act, 15

U.S.C. § 2618(a)(1)(A), and Rule 15(a) of the Federal Rules of Appellate

Procedure, American Chemistry Council and Georgia Chemistry Council hereby

petition this Court for review of certain provisions of the final rule of the U.S.

Environmental Protection Agency ("EPA") titled "Carbon Tetrachloride (CTC);

Regulation Under the Toxic Substances Control Act (TSCA)" published in the

Federal Register at 89 Fed. Reg. 103512 on December 18, 2024. The final rule

was issued for purposes of judicial review on January 2, 2025. *See* 40 C.F.R. §§

23.5(a), 23.11 15 U.S.C. § 2618(a)(2) (citing 28 U.S.C. § 2112). A copy of the

challenged final rule is attached hereto.

Respectfully submitted,


/s/ David Y. Chung
David Y. Chung
Warren Lehrenbaum
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dchung@crowell.com

*Counsel for Petitioners*

Dated: January 6, 2025

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 15(c) and 25, Circuit Rule 25-3, and 40 C.F.R. §

23.12(a), on this date, I hereby certify that I will cause to be delivered, via certified

U.S. mail, return-receipt requested, a copy of the foregoing Petition for Review to

the following:

Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Todd Kim
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

/s/ David Y. Chung
David Y. Chung

Dated: January 6, 2025

<u>**CERTIFICATE OF INTERESTED PERSONS**</u>
<u>**AND CORPORATE DISCLOSURE STATEMENT**</u>

In accordance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, Petitioners American Chemistry Council ("ACC") and Georgia Chemistry Council ("GCC") submit the following Corporate Disclosure Statement:

1.      ACC is a trade association and has no parent corporation.  No publicly held corporation has a 10% or greater ownership interest in ACC.

2.      GCC is a trade association and has no parent corporation.  No publicly held corporation has a 10% or greater ownership interest in GCC.

The undersigned counsel of record certifies that the following listed persons and entities as described in Eleventh Circuit Rule 26.1.2(c) have an interest in the outcome of this case.  These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1.      American Chemistry Council, Petitioner.

2.      Chung, David Y., Crowell & Moring LLP, Counsel for Petitioners.

3.      Crowell & Moring LLP, law firm representing Petitioners.

4.      Georgia Chemistry Council, Petitioner.

5.      Lehrenbaum, Warren, Crowell & Moring LLP, Counsel for Petitioners.

6.      U.S. Environmental Protection Agency, Respondent.

Petitioners will file a revised certificate of interested persons and corporate disclosure statement should they become aware of a change in interests that would

affect the disclosures required by Federal Rule of Appellate Procedure 26.1 and

Eleventh Circuit Rule 26.1-4.

/s/ David Y. Chung
David Y. Chung
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dchung@crowell.com

*Counsel for Petitioners*